PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Carole J. Lepiane | Case Number: 0980 2:12CR06054-001 |
| Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle | |
| Date of Original Sentence: January 10, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Theft From a Federally Funded Local Agency, 18 U.S.C. § 666(a)(1)(A) | Date Supervision Commenced: September 11, 2013 |
| Original Sentence: Prison - 6 M; TSR - 12 M | Date Supervision Expires: September 10, 2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> Ms. Lepiane shall be released from the residential reentry center (RRC) on December 23, 2013, and the condition is deemed satisfied.

## CAUSE

Ms. Lepiane began her current term of supervision on September 11, 2013, and has been residing at the RRC since her release from custody.  The defendant also spent approximately 30 days in the RRC as a part of her BOP sentence.  Ms. Lepiane is due to complete the 120 day RRC residency on January 9, 2014. It is requested that Ms. Lepiane be released from the RRC on December 23, 2013, and the condition be deemed satisfied.  This release would allow the defendant to spend the holidays with her family at the release residence.  Assistant U.S. Attorney Mary Katherine Dimke has been contacted and U.S. Attorney's Office takes no position on this request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Probation Officer<br>Date:  December 19, 2013 |

Prob 12B
**Re: Lepiane, Carole J.
December 19, 2013
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

s/ Edward F. Shea
_____
Signature of Judicial Officer
December 20, 2013
_____
Date